**Abatement Order filed October 11, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00689-CR

———————

### DARYL EDWARD BARNES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 82903-CR**

## ABATEMENT ORDER

On July 23, 2018, the trial court appointed **Kyle Verret** to represent appellant on appeal. After the appointment, appellant retained **Timothy A. Hootman** to represent him. On October 3, 2018, Hootman filed a motion to substitute as counsel.

An appointed attorney shall represent the defendant until

. . . charges are dismissed, the defendant is acquitted, appeals are exhausted, or the attorney is permitted or ordered by the court to withdraw as counsel for the defendant after a finding of good cause is

entered on the record.

Tex. Code Crim. Proc. Ann. art. 26.04(j)(2).

Accordingly, we **ABATE** this appeal and order as follows:

1. The judge of the 412th District Court shall consider Hootman's request to substitute and shall determine whether appellant wishes to be represented by Hootman as retained counsel or whether appellant wishes and is entitled to appointed counsel.

2. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders regarding Hootman's request to substitute. The records shall be filed with this court by **November 13, 2018**.

3. We will hold Hootman's motion to substitute pending receipt of the requested records.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket after the requested records are filed in this court.

PER CURIAM